# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv548

| | |
|---|---|
| **BUILDING GRAPHICS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **LENNAR CORP.** and ) | |
| **DRAFTING & DESIGN, INC.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the motion of the Defendant Lennar Corp. for admission of attorney Thomas C. Wright as counsel *pro hac vice*. [Doc. 12].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and Thomas C. Wright is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: January 12, 2009

Martin Reidinger
United States District Judge