IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BUILDING GRAPHICS, INC., a North Carolina corporation, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:08CV548 |
| v. | ) **ORDER** |
| LENNAR CORP., a Delaware corporations, and DRAFTING & DESIGN, INC., a North Carolina corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

THIS MATTER, coming on for consideration by the Court pursuant to the parties' Joint Motion to Modify Pretrial Order and Case Management Plan, and the Court having determined that the Motion is supported by good cause, and that the Motion should be granted;

IT IS HEREBY ORDERED that the Motion is GRANTED and that this Court's Rule 16 Pretrial Order and Case Management Plan is modified as follows:

Discovery, limited by agreement of the parties to new issues raised by the Second Amended Complaint, shall be completed no later than **October 16, 2009**;

Reports from retained experts under Rule 26(a)(2) will be due from the rebutting party no later than **October 16, 2009**;

All motions except motions in limine and motions to continue shall be filed no later than **November 16, 2009**; and

Trial is scheduled to commence with a jury during the first civil trial term beginning on or after **May 3, 2010**.

**SO ORDERED**.   Signed: August 31, 2009

David S. Cayer
United States Magistrate Judge