# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08CV548-RLV-DSC

| | | |
|---|---|---|
| **BUILDING GRAPHICS, INC., a North Carolina corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **LENNAR CORP., LENNAR CAROLINAS, LLC and DRAFTING & DESIGN, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

THIS MATTER coming on for consideration by the Court pursuant to Plaintiff and Defendants' "Joint Motion to Modify Pretrial Order and Case Management Plan" (document #66) filed March 17, 2010, and the Court having determined that the Motion is supported by good cause, and that the Motion should be granted,

IT IS HEREBY ORDERED that the Pretrial Order and Case Management Plan is modified as follows:

> Trial with a jury will be set for a term not earlier than 90 days following the Court's final ruling on the pending motions for summary judgment.

**SO ORDERED.**

Signed: March 18, 2010

David S. Cayer
United States Magistrate Judge